# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2005-R9 Under the Pooling and Servicing Agreement Dated as of October 1, 2005 | ) ) ) ) ) ) ) ) | CASE NO. 1:07cv2102 |
| PLAINTIFFS, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) | JUDGMENT |
| GEORGE MURRAY HARPER HTTA GEORGE MURRAY HARPER, et al, | ) ) ) | |
| DEFENDANTS. | ) | |

The Court having contemporaneously entered its Default Judgment and Decree of foreclosure, this action is accordingly terminated pursuant to the Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.


Dated: September 26, 2007          *s/  Sara Lioi*
                                   **HON. SARA LIOI**
                                   **UNITED STATES DISTRICT JUDGE**